```
                                              F I L E D
                                        UNITED STATES DISTRICT COURT
                                             DENVER, COLORADO
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO              JUL 27 2020

                                           JEFFREY P. COLWELL
                                                  CLERK
```

Civil Action No.   19-CV-01984-RM-NRN
(To be supplied by the court)

Appeal Case No.   20-1080

Jacob Richardson/ UNITED STATES of AMERICA , Relator/Plaintiff,

v.

Title IV-D Agency, et al , Defendant(s)

---

### MOTION TO REDACT RELATOR'S ADDRESSES FROM THE PUBLIC RECORDS

---

*Qui Tam* Private Attorney General/Whistleblower/Relator/Plaintiff, Jacob Richardson, hereby respectfully requests the Honorable Court grant this Motion to Redact Relator's Addresses from the public records, for the following facts/reasons:

1. Relator has now suffered financial damages to his properties, including

    a. his nine year old dog poisoned resulting in her death in Denver CO and

    b. recent damages to his home in Topeka KS.

    c. See Attached.

For these reasons the Private Attorney General Jacob Richardson, requests the Court Grant this Motion to Redact Relator's Addresses from the public record.

Respectfully Submitted,

"Without Prejudice"

Date: July 23, 2020

(Plaintiff's Original Signature) Jacob Richardson,
Private Attorney General

4777 Sherman Street
(Street Address)
Denver, CO 80216
(City, State, ZIP)

## Certificate of Service

I, Jacob Richardson, hereby certify that this Motion is being filed herewith on

July 23, 2020.

I, Jacob Richardson, hereby request that copy of this Motion be electronically served upon the Defendant by the Clerk of the Court, in an effort to be economically conservative and environmentally conscious.

"Without Prejudice"

Plaintiff's Original Signature                    July 23, 2020
                                                  Date

Page 2 of 2



**Wheat Ridge**
12000 W. 52nd Avenue
Wheat Ridge, Colorado 80033

**Pet Cremation Services, Inc**
303-403-1647

Name: J. U Richardson
Address: 4777 Sherman St
City, Zip: Denver, Co 80216
Phone:

**Centennial**
6259 S. Troy Circl
Centennial, Colorado 8011

- ☐ Cat
- ☒ Dog
- ☐ Other

(Description)

**PCS ONLY:**
Clay Paw   Y/N   WT   S   Qty
Ink Paw    Y/N   Qty
RB         Y/N   Qty
Verbiage for RB _____

| Pet: | Pet Name | Pet Owner | Tag # | Urn /Special Instruction |
|---|---|---|---|---|
| Pocket Pet 0-2 LBS | | | | Trip (P/u) 85.00 |
| | | | | Cremation 55.00 |
| 3-20 LBS | | | | Total $140.00 |
| | | | | |
| 21-40 LBS | | | | |
| | | | | |
| 41-80 LBS | ↑ | | | |
| | | | | |
| 81-120 LBS | | | | Communal |
| | | | | |
| 121-160 LBS | | | | |
| | | | | Paid |
| 161-200 LBS | | | | |

I have read and reviewed the above form, find everything correct and agree to the terms above as decided upon between myself and Pet Cremation Services, Inc.. I understand cremation is an irreversible and final process, any materials, tags and collars, will be destroyed or disposed of if not removed.

I understand and acknowledge that if my pets remains go unclaimed past a period of 90 days after the cremation, will be relinquished to Pet Cremation Services, Inc, to be scattered in a dignified and non-recoverable manner.

Client Authorization By: _J. V_     Referred By: H. Jamie
PCS Received By: Q in H.            Date: 6/3/20

Case # 19-CV-01984-RM-NRN

Sherry Devlin
PO Box 4863
Topeka, KS 66604

Mr. Jacob Richardson, Sr.
4777 Sherman St.
Denver, CO 80216

June 26, 2020

Dear Mr. Richardson,

I have been working with a realtor who recently drove by your house at 1935 SW Buchanan while in the area. I have been looking for a home just like this. I sold my home in April and have been living with a friend since.

It is my belief that the home is to be vacant but it appears that entry has been obtained after someone broke out a couple windows. The doors now stand open on the house. I peeked in the door and saw items sitting around that made me believe someone was living there. I do not know the condition of the house inside since I did not go in.

I do not know if I could afford your asking price or if I could afford to do the repairs on the house but I would sure like to speak with you about it. I do have cash from the sale of my house. If you are not interested in selling maybe, we can work something out and I could rent from you. I hate to see the house sitting empty while vagrants destroy it. I believe the city mowed the yard a couple weeks ago based on what I read on the Shawnee County Appraiser website.

The realtor says she has not heard back from you and I thought I should give her the opportunity to contact you since she did spot the house. I would really love to talk with you about it. Please give me a call at 785.215.2149.

Much thanks,

Sherry Devlin

Case # 19-CV-01984-RM-NRN

Jacob Richardson Sr.,

Hello, my name is Morgyn Jarvis and I am a realtor with Reece & Nichols Topeka Elite, LLC. I am reaching out regarding the property you own in Topeka, KS at 1935 SW Buchanan Street. I have been working with a buyer who came across the house. It appears to be vacant, however there is some activity where it seems to be occupied by a few different people (assuming they are homeless). My buyer wanted me to reach out to you via mail to see if you would have any interest in selling this property. Feel free to reach out via email or phone. Looking forward to hearing from you!

Email: morgyn@reecenichols.com
Phone: 785-925-5827.
Thank you!


Sincerely,

Morgyn Jarvis
*Reece & Nichols Topeka Elite, LLC*

